IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. WILLIAMS                                                                                         PLAINTIFF

        v.                           Civil No. 4:14-cv-04131

SHERIFF RON STOVALL, Miller
County, Arkansas; WARDEN MARTY
BRAZILL; CORPORAL STEVEN
KING; and LIEUTENANT GOLDEN ADAMS                                               DEFENDANTS

## ORDER

Plaintiff has filed a motion (ECF No. 5) for leave to proceed *in forma pauperis* (IFP). The motion (ECF No. 5) is granted. Pursuant to the Prison Litigation Reform Act, the Clerk is directed to collect the $350 filing fee from the Plaintiff.

Plaintiff has filed a motion for trial by jury (ECF No. 7). The motion (ECF No. 7) is granted. The Clerk is directed to note on the docket sheet that Plaintiff has filed a jury demand.

Plaintiff has asked for an order directing the Defendants to stop violating his constitutional rights on a daily basis and to stop all illegal practices. The motion (ECF No. 6) is denied. Such an order would imply that Plaintiff will succeed on the merits of his claims. No decision has been made on the claims and in fact the Court is just now directing service on the Defendants.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby extends the time to serve until sixty days after the entry of this order. The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve the Defendants.

The Defendants may be served at the Miller County Sheriff's Office/Miller County Correctional Facility, 2300 East Street, Texarkana, AR 71854.. Defendants are to be served without

prepayment of fees and costs or security therefor.  The Defendants are ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.**

IT IS SO ORDERED this 10th day of March 2015.

                                      /s/ Barry A. Bryant
                                      HON. BARRY A. BRYANT
                                      UNITED STATES MAGISTRATE JUDGE