IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. WILLIAMS                                                                              PLAINTIFF

v.                         Civil No. 4:14-cv-04131

SHERIFF RON STOVALL, Miller
County, Arkansas; WARDEN MARTY
BRAZILL; CORPORAL STEVEN
KING; and LIEUTENANT GOLDEN ADAMS                                          DEFENDANTS

## ORDER

Pending before me for decision are two motions for default judgment (ECF Nos. 16 & 17) filed by the Plaintiff. Plaintiff maintains Defendants failed to file an answer within twenty-one days of the date of service. Defendants have responded (ECF No. 19) noting that they were served on April 6, 2015, and answered the complaint on April 21, 2015, within twenty-one days. Plaintiff filed a reply brief (ECF No. 19).

The order of service (ECF No. 8) was entered on March 10, 2015. The summons return (ECF No. 13) indicates the Defendants were served on April 6, 2015. As Defendants correctly note, they filed their answer (ECF No. 12) on April 21, 2015--within twenty-one days of being served. The answer was timely filed. The motions for default judgment (ECF Nos. 16 & 17) are DENIED.

IT IS SO ORDERED this 16th day of February 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE