IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. WILLIAMS                                                                                    PLAINTIFF

v.                                                  Civil No. 4:15-cv-4131

SHERIFF RON STOVALL                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed September 15, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 35.  Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Federal Rules of Civil Procedure and Local Rules, failure to comply with the Court's Order, and failure to prosecute this case.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge